THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James D. Kershaw, Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2012-UP-148
 Submitted February 1, 2012  Filed March
7, 2012  

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, and James D. Kershaw, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor W. Walter Wilkins, III, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  James D. Kershaw appeals his convictions and sentences
 for possession with intent to distribute cocaine base and possession with
 intent to distribute cocaine base within half of a mile of a school, arguing the
 circuit court improperly punished him for exercising his constitutional right
 to a trial by jury.  After a thorough review of the record and briefs pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.